**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6633**

_____

BRADLEY SHANE SHEPPARD,

                    Petitioner - Appellant,

          v.

WARDEN OF FCI ESTILL,

                    Respondent – Appellee,

          and

UNITED STATES OF AMERICA,

                    Respondent.


_____


Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Richard Mark Gergel, District Judge.
(1:10-cv-03220-RMG)

_____

Submitted:  July 28, 2011          Decided:  August 2, 2011

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bradley Shane Sheppard, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Shane Sheppard, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sheppard v. Warden of FCI Estill, No. 1:10-cv-03220-RMG (D.S.C. Apr. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2